UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

MARVELLE J. "JAY" BALLENTINE,

Plaintiff,

v.

META PLATFORMS, INC.; ACCENTURE LLP; TASKUS, INC.; and GENPACT USA, INC.,

Defendants.

Case No.: _____

## NOTICE OF RELATED ACTION

Pursuant to Local Rule 1.07(c), Plaintiff identifies the following related action:

**Case:** *Ballentine v. Accenture LLP, et al.*

**Case No.:** 6:26-cv-00286-AGM-DCI

**Court:** United States District Court, Middle District of Florida

**Judge:** Anne-Leigh Gaylord Moe

**Status:** Pending

Defendant Accenture LLP is a party to both actions. Both actions arise from a common nucleus of operative facts.

Date: February 17, 2026

_____

MARVELLE J. "JAY" BALLENTINE

Plaintiff, pro se
7862 W. Irlo Bronson Memorial Hwy #82
Kissimmee, FL 34747
(407) 794-6503
jayballentine@protonmail.com