UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

MARVELLE J. "JAY" BALLENTINE,

*Plaintiff*,

v.

META PLATFORMS, INC.; ACCENTURE LLP;

TASKUS, INC.; and GENPACT USA, INC.,

*Defendants*.

Case No.: _____

**REQUEST FOR JUDICIAL NOTICE OF NDCA PROCEEDINGS**

Plaintiff Marvelle J. Ballentine, proceeding *pro se*, respectfully requests that this Court take judicial notice of the docket and specified filings from the related proceeding in the United States District Court for the Northern District of California, Case No. 3:25-cv-07671-CRB, pursuant to Federal Rule of Evidence 201(b)(2).

## I. LEGAL STANDARD

A court may take judicial notice of facts that are "not subject to reasonable dispute" because they "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Courts routinely take judicial notice of court records from other proceedings. *See Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001); *Universal Express, Inc. v. U.S. SEC*, 177 F. App'x 52, 53 (11th Cir. 2006).

## II. DOCUMENTS FOR JUDICIAL NOTICE

Plaintiff requests that the Court take judicial notice of the following:

**Exhibit A:** Summary of NDCA Proceedings, Case No. 3:25-cv-07671-CRB

**Exhibit B:** NDCA Docket Sheet (complete)

## III. RELEVANCE

The NDCA proceedings involve the same parties and claims now before this Court. The procedural history of the NDCA action provides context for this Court's case management.

## IV. CONCLUSION

Plaintiff respectfully requests that this Court take judicial notice of the documents identified above.

Date: February 17, 2026                                   Respectfully submitted,

                                                          _____
                                                          MARVELLE J. "JAY" BALLENTINE
                                                          Plaintiff, pro se
                                                          7862 W. Irlo Bronson Memorial Hwy #82
                                                          Kissimmee, FL 34747
                                                          (407) 794-6503
                                                          jayballentine@protonmail.com