# EXHIBIT A

## SUMMARY OF NDCA PROCEEDINGS

### Case No. 3:25-cv-07671-CRB

*Ballentine v. Meta Platforms, Inc., et al.*

United States District Court, Northern District of California

## TABLE 1: PLAINTIFF'S PROCEDURAL REQUESTS

| Date | Request | Docket | Disposition |
|---|---|---|---|
| Oct. 7, 2025 | Motion to Shorten Time for Initial CMC | Dkt. 20 | **Denied** |
| Oct. 7, 2025 | Motion for Preservation Order (Meta) | Dkt. 21 | **Denied without prejudice** |
| Oct. 7, 2025 | Motion for Preservation Order (Accenture) | Dkt. 22 | **Denied without prejudice** |
| Oct. 24, 2025 | Request for Sequential Meet-and-Confer Sessions | — | **Declined by Defendants** |
| Oct. 28, 2025 | Administrative Motion for Rule 26(f) Scheduling Directive | Dkt. 36 | **Denied with prejudice** |
| Oct. 29, 2025 | Motion to Shorten Time on Administrative Motion | Dkt. 37 | **Denied with prejudice** |
| Jan. 29, 2026 | Request for Judicial Notice (Oversight Board) | Dkt. 56 | **No ruling** |

**Summary:** 0 granted. 5 denied. 1 no ruling. 1 declined by Defendants.

## TABLE 2: DEFENDANTS' PROCEDURAL REQUESTS

| Date | Request | Docket | Disposition |
|------|---------|--------|-------------|
| Nov. 18, 2025 | Stipulation for Extension of Time to File Reply | Dkt. 49 | **Granted** |
| Nov. 19, 2025 | Order on Extension of Reply Deadline | Dkt. 50 | **Granted** |
| Nov. 19, 2025 | Vacatur of Case Management Conference | Dkt. 51 | **Granted** |

**Summary:** 3 granted. 0 denied.

## TABLE 3: HEARING SCHEDULE CHANGES

| Date of Change | Original Setting | New Setting | Motion or Stipulation |
|----------------|------------------|-------------|----------------------|
| Jan. 20, 2026 | Jan. 30, 2026, 10:00 AM, In-Person, Courtroom 6 | Feb. 13, 2026, 10:00 AM, Zoom | **None reflected on docket** |
| Feb. 9, 2026 | Feb. 13, 2026, 10:00 AM, Zoom | Feb. 20, 2026, 10:00 AM, Zoom | **None reflected on docket** |
| Feb. 13, 2026 | Feb. 20, 2026, 10:00 AM, Zoom | Mar. 27, 2026, 10:00 AM, Zoom | **None reflected on docket** |

**Note:** No party filed a motion requesting any of the above hearing changes. Plaintiff notified the Courtroom Deputy and defense counsel in writing on January 8, 2026 that travel and lodging arrangements had been made for the January 30, 2026 in-person hearing. Plaintiff incurred non-recoverable costs as a result of the format change.

## TABLE 4: TRANSFER MOTION SEQUENCE — FEBRUARY 13, 2026

| Time | Event | Docket |
|------|-------|--------|
| — | Plaintiff files Motion to Transfer Venue to MDFL | Dkt. 59 |
| AM | Plaintiff files Motion to Shorten Time on Transfer Motion | Dkt. 60 |
| PM | Court resets MTD hearing from February 20 to March 27, 2026 | Dkt. 62 |

## TABLE 5: COURTROOM DEPUTY COMMUNICATIONS

| Date | Event |
|------|-------|
| Jan. 7, 2026 | Defense counsel communicated intention to contact courtroom deputy regarding hearing logistics |
| Jan. 8, 2026 | Defense counsel communicated with courtroom deputy outside noticed motion practice |
| Jan. 8, 2026 | Deputy advised that civil law and motion matters are conducted via Zoom and that, if the Court had not ruled by January 30, the hearing would be reset to February |
| Jan. 8, 2026 | Plaintiff notified courtroom deputy and defense counsel in writing that travel and lodging arrangements had been made for January 30 in-person hearing and requested any format change be reflected by docketed entry |

## TABLE 6: CASE STATUS AT DISMISSAL

| Metric | Status |
|--------|--------|
|  |  |

| Case filed | **September 9, 2025** |
|---|---|
| Voluntary dismissal filed | **February 13, 2026** |
| Duration | **5+ months** |
| Rule 26(f) conference held | **No** |
| Discovery opened | **No** |
| Case Management Conference | **Vacated; never reset** |
| Plaintiff motions granted | **0** |
| Defendant requests granted | **3** |

*This summary is derived from the official docket of Case No. 3:25-cv-07671-CRB, United States District Court, Northern District of California.*

*— End of Exhibit A —*

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:25-cv-07671-CRB

Ballentine v. Meta Platforms, Inc
Assigned to: Judge Charles R. Breyer
Referred to: Magistrate Judge Peter H Kang
Cause: 42:1981 Civil Rights

Date Filed: 09/09/2025
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

## Plaintiff

**Marvelle J. Ballentine**                    represented by **Marvelle J. Ballentine**
7862 W. Irlo Bronson Memorial Hwy # 82
Kissimmee, FL 34747
407-794-6503
Email: jayballentine@protonmail.com
PRO SE

V.

## Defendant

**Meta Platforms, Inc**                       represented by **Michelle Lynn Visser**
Orrick, Herrington & Sutcliffe
The Orrick Building
405 Howard Street
San Francisco, CA 94105
(415) 773-5518
Fax: (415) 773-5759
Email: mvisser@orrick.com
*ATTORNEY TO BE NOTICED*

## Defendant

**Accenture LLP**                             represented by **Christopher William Keegan**
Kirkland & Ellis LLP
555 California
27th Floor
San Francisco, CA 94104
415-439-1400
Fax: 415-439-1500
Email: chris.keegan@kirkland.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Devin Anderson**
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
202-389-5198
Email: devin.anderson@kirkland.com

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/09/2025 | 1 | COMPLAINT against Accenture LLP, Meta Platforms, Inc (Filing fee $ 405.). Filed by MARVELLE J. BALLENTINE. Consent/Declination due by 9/23/2025. (Attachments: # 1 Civil Cover Sheet, # 2 receipt)(amf, COURT STAFF) (Filed on 9/9/2025) (Entered: 09/09/2025) |
| 09/09/2025 | 2 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 12/5/2025. Initial Case Management Conference set for 12/12/2025 02:00 PM in San Francisco, - Videoconference Only. (amf, COURT STAFF) (Filed on 9/9/2025)**<br><br>Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br><br>**(Entered: 09/09/2025)** |
| 09/09/2025 | 3 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by MARVELLE J. BALLENTINE.. (amf, COURT STAFF) (Filed on 9/9/2025) (Entered: 09/09/2025) |
| 09/10/2025 | 4 | Summons Issued as to Accenture LLP, Meta Platforms, Inc. (kmm2, COURT STAFF) (Filed on 9/10/2025) (Entered: 09/10/2025) |
| 09/15/2025 | 5 | CERTIFICATE OF SERVICE by Marvelle J. Ballentine (Ballentine, Marvelle) (Filed on 9/15/2025) (Entered: 09/15/2025) |
| 09/15/2025 | 6 | CERTIFICATE OF SERVICE by Marvelle J. Ballentine *for Accenture LLP* (Ballentine, Marvelle) (Filed on 9/15/2025) (Entered: 09/15/2025) |
| 09/17/2025 | 7 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now reassign this case to a District Judge because a party has not consented to the jurisdiction of a Magistrate Judge. You will be informed by separate notice of the district judge to whom this case is reassigned.<br><br>ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE-NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED.<br><br>*This is a text only docket entry; there is no document associated with this notice.* (shy, COURT STAFF) (Filed on 9/17/2025)<br><br>Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br>(Entered: 09/17/2025) |
| 09/18/2025 | 8 | **ORDER REASSIGNING CASE**<br><br>IT IS ORDERED that this case is reassigned using a proportionate, random and blind system pursuant to General Order No. 44 to Judge Charles R. Breyer. Magistrate Judge Alex G. Tse no longer assigned to the case.<br><br>Counsel are instructed that all future filings shall bear the updated judicial initials immediately after the case number. Counsel are reminded to verify the location of the judge on the court website. All hearing and trial dates presently scheduled are vacated. However, existing briefing schedules for motions remain unchanged. Motions must be renoticed for hearing before the judge to whom the case has been reassigned, but the |

| | | |
|---|---|---|
| | | renoticing of the hearing does not affect the prior briefing schedule. Other deadlines such as those for ADR compliance and discovery cutoff also remain unchanged. |
| | | Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order 65 and cand.uscourts.gov/cameras. |
| | | Mark B. Busby<br>Clerk, United States District Court<br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* |
| | | Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF) |
| | | (mbc, COURT STAFF) (Filed on 9/18/2025) (Entered: 09/18/2025) |
| 09/18/2025 | 9 | CLERK'S NOTICE: A Joint Case Management Statement due by 12/12/2025. Initial Case Management Conference set for 12/19/2025 at 8:30 AM in San Francisco - Videoconference Only. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (ls, COURT STAFF) (Filed on 9/18/2025) |
| | | Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF) (Entered: 09/18/2025) |
| 09/25/2025 | 10 | Rule 7.1 Disclosures by Meta Platforms, Inc (Visser, Michelle) (Filed on 9/25/2025) (Entered: 09/25/2025) |
| 09/25/2025 | 11 | STIPULATION *for Extension of Defendant Meta Platforms, Inc.'s Time to Respond to Complaint* filed by Meta Platforms, Inc. (Visser, Michelle) (Filed on 9/25/2025) (Entered: 09/25/2025) |
| 09/26/2025 | 12 | NOTICE of Appearance filed by Christopher William Keegan on behalf of Accenture LLP (Keegan, Christopher) (Filed on 9/26/2025) (Entered: 09/26/2025) |
| 09/26/2025 | 13 | Corporate Disclosure Statement by Accenture LLP (Keegan, Christopher) (Filed on 9/26/2025) (Entered: 09/26/2025) |
| 09/26/2025 | 14 | Certificate of Interested Entities by Accenture LLP (Keegan, Christopher) (Filed on 9/26/2025) (Entered: 09/26/2025) |
| 09/26/2025 | 15 | STIPULATION *re Extension of Time To File Response to Plaintiff's Complaint* filed by Accenture LLP. (Keegan, Christopher) (Filed on 9/26/2025) (Entered: 09/26/2025) |
| 09/26/2025 | | Electronic filing error. Filer did not add all interested parties when prompted. Re-file this document in its entirety and when prompted, enter all affiliates or corporate parents. Re: 13 Certificate of Interested Entities filed by Accenture LLP, 14 Certificate of Interested Entities filed by Accenture LLP (jml, COURT STAFF) (Filed on 9/26/2025) (Entered: 09/26/2025) |
| 09/26/2025 | 16 | Corporate Disclosure Statement by Accenture LLP identifying Corporate Parent Accenture plc (Ireland) for Accenture LLP. (Keegan, Christopher) (Filed on 9/26/2025) (Entered: 09/26/2025) |
| 09/26/2025 | 17 | Certificate of Interested Entities by Accenture LLP identifying Corporate Parent Accenture plc (Ireland) for Accenture LLP. (Keegan, Christopher) (Filed on 9/26/2025) (Entered: 09/26/2025) |
| 10/03/2025 | 18 | MOTION for leave to appear in Pro Hac Vice *for Devin S. Anderson* ( Filing fee $ 328, receipt number ACANDC-21203140.) Filing fee previously paid on 10/03/2025 filed by |

| | | |
|---|---|---|
| | | Accenture LLP. (Attachments: # 1 Exhibit Certificate of Good Standing)(Anderson, Devin) (Filed on 10/3/2025) (Entered: 10/03/2025) |
| 10/07/2025 | 19 | **ORDER by Judge Charles R. Breyer: Granting 18 Motion for Pro Hac Vice, Devin S. Anderson. (ls, COURT STAFF) (Filed on 10/7/2025)** Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF) **(Entered: 10/07/2025)** |
| 10/08/2025 | 20 | MOTION to Shorten Time *Initial Case Management Conference*, MOTION for Extension of Time to File Response/Reply *Opposition to Defendants' Rule 12 Motions* filed by Marvelle J. Ballentine. (Attachments: # 1 Proposed Order)(Ballentine, Marvelle) (Filed on 10/8/2025) (Entered: 10/08/2025) |
| 10/09/2025 | 21 | MOTION for Protective Order *re Preservation of Evidence* filed by Marvelle J. Ballentine. Responses due by 10/23/2025. Replies due by 10/30/2025. (Attachments: # 1 Proposed Order)(Ballentine, Marvelle) (Filed on 10/9/2025) (Entered: 10/09/2025) |
| 10/09/2025 | 22 | MOTION for Protective Order *re Preservation of Evidence (Accenture LLP)* filed by Marvelle J. Ballentine. Responses due by 10/23/2025. Replies due by 10/30/2025. (Attachments: # 1 Proposed Order)(Ballentine, Marvelle) (Filed on 10/9/2025) (Entered: 10/09/2025) |
| 10/10/2025 | 23 | **ORDER REFERRING CASE to Magistrate Judge for Discovery purposes. Signed by Judge Charles R. Breyer on 10/10/2025. (ls, COURT STAFF) (Filed on 10/10/2025)** Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF) **(Entered: 10/10/2025)** |
| 10/10/2025 | 24 | CASE REFERRED to Magistrate Judge Peter H Kang for Discovery. (ejk, COURT STAFF) (Filed on 10/10/2025) (Entered: 10/10/2025) |
| 10/14/2025 | 25 | **[IN-CHAMBERS TEXT ONLY ORDER]:** This case has been referred to the undersigned for discovery. *See* Dkt. 23 . Accordingly, the Parties shall review and comply with this Court's Standing Order for Discovery, particularly Section H relating to discovery disputes, which is now applicable to this case. The Court has reviewed Plaintiff's 21 22 motions for a targeted preservation order and hereby **ORDERS** the Parties to meet and confer regarding this dispute, as required by Section H.2 of this Court's Standing Order for discovery, by no later than **October 31, 2025**. The Court further **ORDERS** the Parties to file a joint status report regarding the outcome of their conferral on this dispute, including whether the dispute has been resolved, narrowed, or remains wholly unresolved, by no later than **November 4, 2025**. Upon receipt of the joint status report, the Court will direct the Parties thereafter. **Signed by Judge Peter H. Kang on 10/14/2025.** *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (phklc2, COURT STAFF) (Filed on 10/14/2025) Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF) (Entered: 10/14/2025) |
| 10/14/2025 | 26 | OPPOSITION/RESPONSE (re 20 MOTION to Shorten Time *Initial Case Management Conference* MOTION for Extension of Time to File Response/Reply *Opposition to Defendants' Rule 12 Motions* ) filed byAccenture LLP. (Attachments: # 1 Declaration of |

| | | |
|---|---|---|
| | | Devin S. Anderson, # 2 Proposed Order)(Anderson, Devin) (Filed on 10/14/2025) (Entered: 10/14/2025) |
| 10/14/2025 | 27 | OPPOSITION/RESPONSE (re 20 MOTION to Shorten Time *Initial Case Management Conference* MOTION for Extension of Time to File Response/Reply *Opposition to Defendants' Rule 12 Motions* ) *and Cross-Motion to Continue the Case Management Conference* filed byMeta Platforms, Inc. (Attachments: # 1 Declaration of Michelle Visser, # 2 Proposed Order)(Visser, Michelle) (Filed on 10/14/2025) (Entered: 10/14/2025) |
| 10/15/2025 | 28 | REPLY (re 20 MOTION to Shorten Time *Initial Case Management Conference* MOTION for Extension of Time to File Response/Reply *Opposition to Defendants' Rule 12 Motions* ) *Plaintiffs Reply in Support of Civil L.R. 6-3 Motion to Change Time and Opposition to Defendants Cross-Motions* filed byMarvelle J. Ballentine. (Attachments: # 1 Declaration) (Ballentine, Marvelle) (Filed on 10/15/2025) (Entered: 10/15/2025) |
| 10/15/2025 | 29 | MOTION to Shorten Time *for Decision On Pending Civil L.R. 6-3 Motion* filed by Marvelle J. Ballentine. (Attachments: # 1 Declaration)(Ballentine, Marvelle) (Filed on 10/15/2025) (Entered: 10/15/2025) |
| 10/15/2025 | 30 | Notice Of Motion And MOTION to Dismiss *Plaintiffs Complaint Pursuant To Rule 12(B)(6); Memorandum Of Points And Authorities* filed by Meta Platforms, Inc. Motion to Dismiss Hearing set for 12/12/2025 10:00 AM in San Francisco, Courtroom 06, 17th Floor. Responses due by 10/29/2025. Replies due by 11/5/2025. (Attachments: # 1 Duffey Decl, # 2 Ex. A to Duffey Decl, # 3 Proposed Order)(Visser, Michelle) (Filed on 10/15/2025) Modified on 10/16/2025 (jml, COURT STAFF). (Entered: 10/15/2025) |
| 10/15/2025 | 31 | Request for Judicial Notice re 30 MOTION to Dismiss *Defendant Meta Platforms, Inc.s Notice Of Motion And Motion To Dismiss Plaintiffs Complaint Pursuant To Rule 12(B)(6); Memorandum Of Points And Authorities* filed byMeta Platforms, Inc. (Related document(s) 30 ) (Visser, Michelle) (Filed on 10/15/2025) (Entered: 10/15/2025) |
| 10/16/2025 | 32 | **ORDER by Judge Charles R. Breyer denying 20 Motion to Shorten Time; granting 20 Motion for Extension of Time to File Response/Reply. (crblc1, COURT STAFF) (Filed on 10/16/2025)** |
| | | Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF) |
| | | **(Entered: 10/16/2025)** |
| 10/16/2025 | 33 | MOTION to Dismiss *Plaintiff's Complaint Pursuant to Rule 12(B)(6); Memorandum of Points and Authorities* filed by Accenture LLP. Motion to Dismiss Hearing set for 1/30/2026 10:00 AM in San Francisco, Courtroom 06, 17th Floor. Responses due by 10/30/2025. Replies due by 11/6/2025. (Attachments: # 1 Declaration of Devin S. Anderson, # 2 Proposed Order)(Anderson, Devin) (Filed on 10/16/2025) (Entered: 10/16/2025) |
| 10/17/2025 | 34 | AMENDED COMPLAINT against All Defendants. Filed by Marvelle J. Ballentine. (Ballentine, Marvelle) (Filed on 10/17/2025) (Entered: 10/17/2025) |
| 10/28/2025 | 35 | CLERK'S NOTICE VACATING MOTIONS TO DISMISS hearing set for December 12, 2025 and January 20, 2026 before the Honorable Charles R. Breyer. An amended complaint was filed on October 17, 2025. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (ls, COURT STAFF) (Filed on 10/28/2025) |
| | | Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF) |
| | | (Entered: 10/28/2025) |

| 10/28/2025 | 36 | ADMINISTRATIVE MOTION Discovery Management Scheduling Directive *Before Magistrate Judge Peter H. Kang, Discovery Referral);* filed by Marvelle J. Ballentine. Responses due by 11/3/2025. (Attachments: # 1 Proposed Order, # 2 Declaration) (Ballentine, Marvelle) (Filed on 10/28/2025) (Entered: 10/28/2025) |
|---|---|---|
| 10/29/2025 | 37 | MOTION to Shorten Time *for Decision on Plaintiffs Civil L.R. 7-11 Administrative Motion (Rule 26(f) scheduling directive)* filed by Marvelle J. Ballentine. (Attachments: # 1 Proposed Order, # 2 Declaration)(Ballentine, Marvelle) (Filed on 10/29/2025) (Entered: 10/29/2025) |
| 10/30/2025 | 38 | OPPOSITION/RESPONSE (re 36 ADMINISTRATIVE MOTION Discovery Management Scheduling Directive *Before Magistrate Judge Peter H. Kang, Discovery Referral);* ) filed byMeta Platforms, Inc. (Visser, Michelle) (Filed on 10/30/2025) (Entered: 10/30/2025) |
| 10/30/2025 | 39 | REPLY (re 36 ADMINISTRATIVE MOTION Discovery Management Scheduling Directive *Before Magistrate Judge Peter H. Kang, Discovery Referral);* ) *Plaintiff's Opposition to Meta's Cross-Motion and Statement in Further Support of Civil L.R. 7-11 Administrative Motion* filed byMarvelle J. Ballentine. (Attachments: # 1 Proposed Order, # 2 Declaration)(Ballentine, Marvelle) (Filed on 10/30/2025) (Entered: 10/30/2025) |
| 10/31/2025 | | Set Deadline re: 25 Order. Status Report due by 11/4/2025. (jlg, COURT STAFF) (Filed on 10/31/2025) (Entered: 10/31/2025) |
| 10/31/2025 | 40 | MOTION to Dismiss *Plaintiff's First Amended Complaint Pursuant to Rule 12(b)(6); Memorandum of Points and Authorities* filed by Accenture LLP. Motion to Dismiss Hearing set for 1/30/2026 10:00 AM in San Francisco, Courtroom 06, 17th Floor. Responses due by 11/14/2025. Replies due by 11/21/2025. (Attachments: # 1 Declaration of Devin S. Anderson, # 2 Proposed Order)(Anderson, Devin) (Filed on 10/31/2025) (Entered: 10/31/2025) |
| 10/31/2025 | 41 | MOTION to Dismiss filed by Meta Platforms, Inc. Motion to Dismiss Hearing set for 1/30/2026 10:00 AM in San Francisco, Courtroom 06, 17th Floor. Responses due by 11/14/2025. Replies due by 11/21/2025. (Attachments: # 1 Declaration of Michael Duffey, # 2 Exhibit A to Decl. of Michael Duffey, # 3 Proposed Order)(Visser, Michelle) (Filed on 10/31/2025) (Entered: 10/31/2025) |
| 10/31/2025 | 42 | Request for Judicial Notice re 41 MOTION to Dismiss filed byMeta Platforms, Inc. (Related document(s) 41 ) (Visser, Michelle) (Filed on 10/31/2025) (Entered: 10/31/2025) |
| 11/03/2025 | 43 | OPPOSITION/RESPONSE (re 36 ADMINISTRATIVE MOTION Discovery Management Scheduling Directive *Before Magistrate Judge Peter H. Kang, Discovery Referral);* ) filed byAccenture LLP. (Attachments: # 1 Declaration of Devin Anderson, # 2 Proposed Order) (Anderson, Devin) (Filed on 11/3/2025) (Entered: 11/03/2025) |
| 11/03/2025 | 44 | OPPOSITION/RESPONSE (re 40 MOTION to Dismiss *Plaintiff's First Amended Complaint Pursuant to Rule 12(b)(6); Memorandum of Points and Authorities* ) *Plaintiff's Opposition to Accenture's Motion to Dismiss First Amended Complaint* filed byMarvelle J. Ballentine. (Attachments: # 1 Declaration)(Ballentine, Marvelle) (Filed on 11/3/2025) (Entered: 11/03/2025) |
| 11/04/2025 | 45 | STATUS REPORT *Plaintiff's Notice Regarding Dkt. 25 Status Report Submission And Exhibits* by Marvelle J. Ballentine. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit) (Ballentine, Marvelle) (Filed on 11/4/2025) (Entered: 11/04/2025) |
| 11/04/2025 | 46 | JOINT STATUS REPORT by Meta Platforms, Inc. (Visser, Michelle) (Filed on 11/4/2025) Modified on 11/5/2025 (kmm2, COURT STAFF). (Entered: 11/04/2025) |
| 11/10/2025 | 47 | **[IN-CHAMBERS TEXT ONLY ORDER]:** |

Plaintiff's 36 administrative motion seeking a "discovery-management scheduling directive" is **DENIED WITH PREJUDICE** given that the Initial Case Management Conference has already been vacated and the basis for the motion is thus no longer operative.

Plaintiff's 37 motion to shorten time for a decision on the administrative motion is **DENIED WITH PREJUDICE** for failure to demonstrate sufficient good cause or sufficient particularity as to why shortened time was required, especially in light of the fact that the Initial Case Management Conference has already been vacated. *See* Civil L.R. 6-3(a)(1).

Plaintiff's 21 22 motions for a targeted preservation order are **DENIED WITHOUT PREJUDICE** for failure to show entitlement to the relief sought. *See Crawford-El v. Britton*, 523 U.S. 574, 598 (1998) (holding that trial courts have "broad discretion to tailor discovery narrowly and to dictate the sequence of discovery"); *U.S. Fidelity & Guar. Co. v. Lee Inv. LLC*, 641 F.3d 1126, 1136 n.10 (9th Cir. 2011) ("District courts have wide latitude in controlling discovery, and their rulings will not be overturned in the absence of a clear abuse of discretion.").

**Signed by Judge Peter H. Kang on 11/10/2025.**

*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (phklc2, COURT STAFF) (Filed on 11/10/2025)

Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)
(Entered: 11/10/2025)

| | | |
|---|---|---|
| 11/12/2025 | 48 | OPPOSITION/RESPONSE (re 41 MOTION to Dismiss ) *Plaintiffs Opposition To Meta Platform Inc.s Motion To Dismiss First Amended Complaint* filed byMarvelle J. Ballentine. (Ballentine, Marvelle) (Filed on 11/12/2025) (Entered: 11/12/2025) |
| 11/18/2025 | 49 | STIPULATION WITH PROPOSED ORDER re 48 Opposition/Response to Motion, 44 Opposition/Response to Motion, *for Extension of Defendant Meta Platforms, Inc. and Accenture LLP's Time to File Reply in Support of Motion to Dismiss* filed by Meta Platforms, Inc. (Attachments: # 1 Proposed Order)(Visser, Michelle) (Filed on 11/18/2025) (Entered: 11/18/2025) |
| 11/19/2025 | 50 | **STIPULATION AND ORDER FOR EXTENSION OF DEFENDANT META PLATFORMS, INC. AND ACCENTURE LLPS TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS by Judge Charles R. Breyer: Granting 49 Stipulation. Replies due by 12/5/2025. (ls, COURT STAFF) (Filed on 11/19/2025)**<br><br>Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br><br>**(Entered: 11/19/2025)** |
| 11/19/2025 | 51 | CLERK'S NOTICE VACATING CASE MANAGEMENT CONFERENCE set for December 19, 2025 before the Honorable Charles R. Breyer. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (ls, COURT STAFF) (Filed on 11/19/2025)<br><br>Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br>(Entered: 11/19/2025) |
| 12/05/2025 | 52 | REPLY (re 41 MOTION to Dismiss ) filed byMeta Platforms, Inc. (Visser, Michelle) (Filed on 12/5/2025) (Entered: 12/05/2025) |

| | | |
|---|---|---|
| 12/05/2025 | 53 | REPLY (re 40 MOTION to Dismiss *Plaintiff's First Amended Complaint Pursuant to Rule 12(b)(6); Memorandum of Points and Authorities* ) filed byAccenture LLP. (Anderson, Devin) (Filed on 12/5/2025) (Entered: 12/05/2025) |
| 01/06/2026 | 54 | Clerk's Notice of Video Recording Request. Video Camera hearing set for 1/30/2026 at 10:00 AM. Objections to Video Recording due 1/13/2026. (ls, COURT STAFF) (Filed on 1/6/2026)<br><br>Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF) (Entered: 01/06/2026) |
| 01/20/2026 | 55 | CLERK'S NOTICE VACATING MOTIONS TO DISMISS hearing set for January 30, 2026 before the Honorable Charles R. Breyer. *(This is a text-only entry generated by the court. There is no document associated with this entry.).* Motion Hearing set for 2/13/2026 at 10:00 AM in San Francisco - Videoconference Only before Judge Charles R. Breyer. This proceeding will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/crb<br><br>**Court Appearances:** Advanced notice is required of counsel or parties who wish to be identified by the court as making an appearance or will be participating in the argument at the hearing. A list of names and emails must be sent to the CRD at crbcrd@cand.uscourts.gov no later than February 17, 2026 at 3:00 PM PST.<br><br>**Civ LR 77-3(d).** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>Motion Hearing set for 2/13/2026 at 10:00 AM in San Francisco - Videoconference Only before Judge Charles R. Breyer. (ls, COURT STAFF) (Filed on 1/20/2026)<br><br>Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF) (Entered: 01/20/2026) |
| 01/29/2026 | 56 | ADMINISTRATIVE MOTION Plaintiff respectfully requests that the Court take judicial notice of the existence, date, and public-comment window stated in the Oversight Board Announcement. filed by Marvelle J. Ballentine. Responses due by 2/2/2026. (Attachments: # 1 Proposed Order, # 2 Declaration, # 3 Exhibit)(Ballentine, Marvelle) (Filed on 1/29/2026) (Entered: 01/29/2026) |
| 02/09/2026 | 57 | CLERK'S NOTICE VACATING MOTIONS TO DISMISS hearing set for February 13, 2026 before the Honorable Charles R. Breyer. *(This is a text-only entry generated by the court. There is no document associated with this entry.).* Motion Hearing set for 2/20/2026 at 10:00 AM in San Francisco - Videoconference Only before Judge Charles R. Breyer. This proceeding will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/crb<br><br>**Court Appearances:** Advanced notice is required of counsel or parties who wish to be identified by the court as making an appearance or will be participating in the argument at the hearing. A list of names and emails must be sent to the CRD at crbcrd@cand.uscourts.gov no later than February 17, 2026 at 3:00 PM PST. |

|   |   |   |
|---|---|---|
| | | **Civ LR 77-3(d).** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>Motion Hearing set for 2/20/2026 at 10:00 AM in San Francisco - Videoconference Only before Judge Charles R. Breyer. (ls, COURT STAFF) (Filed on 2/9/2026)<br><br><sub>Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)</sub> (Entered: 02/09/2026) |
| 02/09/2026 | 58 | NOTICE by Marvelle J. Ballentine *Notice Of Pendency Of Other Action Or Proceeding* (Ballentine, Marvelle) (Filed on 2/9/2026) (Entered: 02/09/2026) |
| 02/12/2026 | 59 | MOTION to Transfer Case *to the Middle District of Florida* filed by Marvelle J. Ballentine. Responses due by 2/26/2026. Replies due by 3/5/2026. (Attachments: # 1 Declaration)(Ballentine, Marvelle) (Filed on 2/12/2026) (Entered: 02/12/2026) |
| 02/13/2026 | 60 | MOTION to Shorten Time *on Plaintiff's Motion to Transfer Case to the Middle District of Florida* filed by Marvelle J. Ballentine. (Attachments: # 1 Declaration)(Ballentine, Marvelle) (Filed on 2/13/2026) (Entered: 02/13/2026) |
| 02/13/2026 | 61 | EXHIBITS re 59 MOTION to Transfer Case *to the Middle District of Florida -Plaintiff's Supplemental Declaration in Support of Motion to Transfer Case to the Middle District of Florida* filed byMarvelle J. Ballentine. (Related document(s) 59 ) (Ballentine, Marvelle) (Filed on 2/13/2026) (Entered: 02/13/2026) |
| 02/13/2026 | 62 | CLERK'S NOTICE VACATING MOTION TO DISMISS hearing set for February 20, 2026 before the Honorable Charles R. Breyer. *(This is a text-only entry generated by the court. There is no document associated with this entry.).* Motion Hearing set for 3/27/2026 at 10:00 AM in San Francisco - Videoconference Only before Judge Charles R. Breyer. This proceeding will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/crb<br><br>**Court Appearances:** Advanced notice is required of counsel or parties who wish to be identified by the court as making an appearance or will be participating in the argument at the hearing. A list of names and emails must be sent to the CRD at crbcrd@cand.uscourts.gov no later than March 24, 2026 at 3:00 PM PST.<br><br>**Civ LR 77-3(d).** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>Motion Hearing set for 3/27/2026 at 10:00 AM in San Francisco - Videoconference Only before Judge Charles R. Breyer. (ls, COURT STAFF) (Filed on 2/13/2026)<br><br><sub>Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)</sub> (Entered: 02/13/2026) |
| 02/13/2026 | 63 | NOTICE of Voluntary Dismissal by Marvelle J. Ballentine (Ballentine, Marvelle) (Filed on 2/13/2026) (Entered: 02/13/2026) |