UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARVELLE J. BALLENTINE,

    Plaintiff,

v.                                              Case No: 6:26-cv-376-JSS-RMN

META PLATFORMS, INC.,
ACCENTURE LLP, TASKUS, INC.,
and GENPACT USA, INC.,

    Defendants.
_____/

## ORDER

    Plaintiff moves to transfer this case to Judge Anne-Leigh Gaylord Moe. (Dkt. 5.) The motion is **GRANTED**. Pursuant to Local Rule 1.07(a)(2)(B), this case is **TRANSFERRED** to United States District Judge Anne-Leigh Gaylord Moe with her consent. *See United States v. Stone*, 411 F.2d 597, 599 (5th Cir. 1969) ("District [j]udges have the inherent power to transfer cases from one to another for the expeditious administration of justice.").

    **ORDERED** in Orlando, Florida, on February 18, 2026.

*[Signature]*
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies also furnished to:
Counsel of Record
Unrepresented Parties