UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARVELLE J. "JAY" BALLENTINE,

    Plaintiff,

v.

META PLATFORMS, INC.; ACCENTURE LLP;
TASKUS, INC.; and GENPACT USA, INC.,

    Defendants.

Case No. 6:26-cv-00376-AGM-DCI

## NOTICE OF ERRATUM REGARDING EXHIBIT A

## TO PLAINTIFF'S TIME-SENSITIVE MOTION

## FOR LEAVE TO SERVE LIMITED EARLY DISCOVERY (Dkt. 7)

    Plaintiff Marvelle J. "Jay" Ballentine respectfully notifies the Court of a clerical error in Exhibit A to Plaintiff's Time-Sensitive Motion for Leave to Serve Limited Early Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Dkt. 7.), filed February 18, 2026.

    Exhibit A, captioned "Plaintiff's First Request for Admission," bears the case number 6:26-cv-00286-AGM-DCI. This is incorrect. The correct case number is **6:26-cv-00376-AGM-DCI**. The error is limited to the caption of Exhibit A. The substance of the proposed Request for Admission is unchanged.

    A corrected Exhibit A bearing the correct case number is attached hereto. Plaintiff respectfully requests that the Court treat the corrected Exhibit A as the

operative version of the proposed Request for Admission referenced in the Motion (Dkt. 7).

Dated: February 19, 2026                                    Respectfully submitted,

MARVELLE J. "JAY" BALLENTINE
Plaintiff, pro se
7862 W. Irlo Bronson Memorial Hwy #82
Kissimmee, FL 34747
(407) 794-6503
jayballentine@protonmail.com