UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARVELLE J. BALLENTINE,

    Plaintiff,

vs.

METAPLATFORMS, INC.;
ACCENTURE LLP; TASKUS,
INC.; and GENPACT USA,
INC.,

    Defendants.

Case No.
6:26-cv-376-AGM-RMN

## ORDER

This matter is before the Court without oral argument on Plaintiff's Motion for Leave to Serve Limited Early Discovery. Dkt. 7. This Motion was referred to me on February 25, 2026. Upon consideration, this Motion is denied.

Plaintiff seeks to serve a request for admission on Defendant Meta Platforms, Inc. prior to the holding of a planning conference under Federal Rules of Civil Procedure 26(f). Dkt. 7 at 109.[1] Discovery is generally barred before the Rule 26(f) conference. *See* Fed. R. Civ. P.

---

[1] The pinpoint citations referenced in this Order refer to the PageID number found in the CM/ECF header at the top of each page.

26(d)(1). But a court may allow early discovery upon a showing of good cause. *See TracFone Wireless, Inc. v. Holden Prop. Servs., LLC*, 299 F.R.D. 692, 694 (S.D. Fla. 2014); *Digital Sin, Inc. v. Does 1-176*, 279 F.R.D. 239, 241 (S.D.N.Y. 2012); *Dorrah v. United States*, 282 F.R.D. 442, 445 (N.D. Iowa 2012).

Plaintiff has not shown good cause. He alleges he has "pursued multiple procedural vehicles to obtain this information" for months and allowing him to obtain the information early will promote efficient case management. Dkt. 7 at 110–12. But these allegations do not show immediate discovery is necessary. *Platinum Mfg. Int'l, Inc. v. UniNet Imaging, Inc.*, No. 8:08-cv-310, 2008 WL 927558, at *1 (M.D. Fla. Apr. 4, 2008) (denying motion where plaintiff provided no evidence that records would become lost or unavailable); *Burns v. City of Alexander*, No. 2:14-cv-350, 2014 WL 2440981, at *1–2 (M.D. Ala. May 30, 2014) (denying motion where plaintiff did not demonstrate the requested discovery was time-sensitive or at risk of spoilation); *GE Seaco Servs., Ltd. v. Interline Connection, N.V.*, No. 09-23864, 2010 WL 1027408, at *1 (S.D. Fla. Mar. 18, 2010) (denying motion where plaintiff did not show it would suffer any prejudice if the court did not permit expedited discovery).

- 3 -

Accordingly, it is **ORDERED** that Plaintiff's Motion for Leave to Serve Limited Early Discovery (Dkt. 7) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida, on February 25, 2026.

_____
ROBERT M. NORWAY
United States Magistrate Judge

Copies to:

Marvelle J. Ballentine
7862 West Irlo Bronson Memorial Highway 82
Kissimmee, Florida 34747