# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MARVELLE J. "JAY" BALLENTINE,

      Plaintiff,

                        Civil Action No. 6:26-cv-00376

   v.

                        Judge Anne-Leigh Gaylord Moe

META PLATFORMS, INC.,
ACCENTURE LLP,
GENPACT LIMITED, and
TASKUS, INC.,

      Defendants.

_____ /

## NOTICE OF APPEARANCE OF MARIANNA C. CHAPLEAU

Marianna C. Chapleau hereby gives her notice that she is counsel for Defendant Accenture LLP in the above-referenced matter. The undersigned should be added to all service lists and should be copied on all papers and pleadings in this action. The undersigned certifies that she is admitted to practice in this Court and is registered with CM/ECF.

Dated: March 18, 2026.

                        */s/ Marianna C. Chapleau*
                        Marianna C. Chapleau
                        *LEAD COUNSEL*
                        Florida Bar No. 1059142
                        KIRKLAND & ELLIS LLP
                        Three Brickell City Centre
                        98 S.E. 7th Street, Suite 700

1

Miami, FL 33131
Telephone: 305 432-5687
Fax: 305 432-5601
mchapleau@kirkland.com

*Counsel for Defendant Accenture LLP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 18, 2026, I electronically filed the foregoing through Middle District of Florida's CM/ECF System, which will send a copy to all unrepresented parties and counsel of record.

*/s/ Marianna C. Chapleau*
Marianna C. Chapleau

2