## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

MARVELLE J. "JAY"
BALLENTINE,

      Plaintiff,

    v.

META PLATFORMS, INC.;
ACCENTURE LLP; TASKUS, INC.;
and GENPACT USA, INC.,

      Defendants.

_____/

Case No. 6:26-cv-00376-AGM-RMN

Judge Anne-Leigh Gaylord Moe

## UNOPPOSED MOTION FOR SPECIAL ADMISSION

Devin S. Anderson, Esquire, moves for special admission to represent defendant Accenture LLP in this action.

I am not a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, the United States District Court for the District of Columbia and the United States District Court for the District of Utah.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have not initially appeared in the last thirty-six months in any cases in state or federal court in Florida.

1

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

/s/ *Devin S. Anderson*
Devin S. Anderson
District of Columbia Bar No. 1029388
Utah State Bar No. 18287
KIRKLAND & ELLIS LLP
95 South State Street
Salt Lake City, UT 84111
Telephone: 801 887 8115
Fax: 802 877 8101
devin.anderson@kirkland.com

*Attorney for Defendant Accenture LLP*

**Local Rule 3.01(g) Certification**

Counsel for Accenture LLP conferred with Plaintiff via email and certifies that the Plaintiff is not opposed to my special admission.

Dated: March 19, 2026

/s/ *Marianna C. Chapleau*
Marianna C. Chapleau
LEAD COUNSEL
Florida Bar No. 1059142
KIRKLAND & ELLIS LLP
Three Brickell City Centre
98 S.E. 7th Street, Suite 700
Telephone: 305 432-5687
Fax: 305 432-5601
mchapleau@kirkland.com

*Attorney for Defendant Accenture LLP*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 19, 2026, I electronically filed the foregoing through Middle District of Florida's CM/ECF System, which will send a copy to all unrepresented parties and counsel of record.

/s/ *Marianna C. Chapleau*
Marianna C. Chapleau