## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF FLORIDA

MARVELLE J. "JAY" BALLENTINE

    Plaintiff,

  v.

META PLATFORMS, INC.,
ACCENTURE LLP; TASKUS, INC,
and GENPACT USA, INC.,

    Defendants.

Case No 6:26-cv-376

## DEFENDANT GENPACT LTD.'S TIME SENSITIVE MOTION
## TO EXTEND TIME TO RESPOND TO PLAINTIFF'S
## FIRST AMENDED COMPLAINT

Defendant Genpact Ltd. ("Genpact"), by and through its undersigned counsel, hereby specially appears to respectfully move the Court to extend the time for Genpact to respond to Plaintiff's First Amended Complaint (the "FAC") in this action until April 22, 2026. Genpact respectfully designates this Motion as time-sensitive given its upcoming deadline to respond to the First Amended Complaint on March 23, 2026; accordingly, Genpact requests a ruling by March 20, 2026.

Genpact respectfully states the following as good cause in support of its motion:

1. The FAC in this action was filed and served on Genpact on March 4, 2026, via USPS Priority Mail. (Dkt. Nos. 19 and 20). Genpact did not receive the FAC until March 10, 2026. Accordingly, absent an extension Genpact's response to the FAC is due to be filed on March 23, 2026.

2. The FAC raises substantially similar claims against Genpact, Meta Platforms Inc. ("Meta")[1], Accenture LLP ("Accenture")[2], and TaskUs, Inc. ("TaskUs") (collectively, "Defendants") based on a common set of factual allegations.

---

[1] As of March 19, 2026, Plaintiff has not yet served the FAC on Meta.
[2] Accenture filed a Motion to Dismiss Plaintiff's FAC on March 18, 2026. *See* Dkt. No. 29.

3. Genpact requires additional time to evaluate Plaintiff's claims in the FAC, particularly in light of the fact that Genpact did not receive the FAC until March 10 and only recently retained undersigned counsel. Furthermore, additional time would be helpful to determine whether consolidated briefing among some or all of the Defendants on forthcoming Motions to Dismiss the FAC may be appropriate, in light of the similar nature of the claims and allegations against each Defendant.

4. Accordingly, a 30-day extension of the time for Genpact to respond to the Complaint, from March 23, 2026 to April 22, 2026, will not cause prejudice or unduly delay the litigation.

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure 6(b) provides that the Court, in its discretion for good cause shown, may enlarge a period of time provided by the rules for a party to act, when requested to do so before the expiration of the original period of time to respond or its extension expires. Such authority is within the Court's broad discretion to manage its cases, including scheduling. *See Chrysler Int'l Corp. v. Chemaly*, 280 F. 3d 1358, 1360 (11th Cir. 2002) (citing *Johnson v. Bd. of Regents of Univ. of Ga.¸* 263 F.3d 1234, 1269 (11th Cir. 2001). As set forth above, good cause exists for Genpact request for an extension of its deadline to respond to the FAC, to allow Genpact to evaluate

the allegations of the FAC and assess whether consolidated briefing on Motions to Dismiss the FAC would be appropriate in order to conserve party and judicial resources.

For the foregoing reasons, Genpact respectfully moves that the date for filing any response to the FAC in this action be extended until April 22, 2026, without waiver of any defenses or rights it may have under Rule 12 or otherwise.

## Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), on March 4, 2026, Plaintiff informed undersigned counsel that he had filed an amended complaint and would not be granting any party an extension and stated his position applies "with particular force to Genpact Limited and TaskUs, Inc." In addition, on March 19, 2026, Plaintiff informed counsel that he was applying a filter to emails from Orrick, Herrington & Sutcliffe LLP so that he would not receive them and that we should direct the firm's future communications to Yuliya Glazman. My colleague thereafter sought clarification as to whether Ms. Glazman was Plaintiff's counsel. Orrick has yet to receive a response.

Dated: March 19, 2026          Respectfully submitted,

                               ORRICK, HERRINGTON & SUTCLIFFE LLP

                     By:    */s/ Diana Marie Fassbender*
                           DIANA MARIE FASSBENDER (SBN 17095)
                           dszego@orrick.com
                           215 NW 24th Street
                           Suite 200
                           Miami, FL 33127
                           Telephone: (202) 339-8533
                           Facsimile: (202) 339-8500

                           *Attorneys for Defendant Genpact Ltd.*