**UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA**

MARVELLE J. "JAY" BALLENTINE

Plaintiff,

v.

META PLATFORMS, INC.,
ACCENTURE LLP; TASKUS, INC,
and GENPACT USA, INC.,

Defendants.

Case No 6:26-cv-376

## DEFENDANT GENPACT LTD.'S NOTICE OF DESIGNATION OF LEAD COUNSEL

Pursuant to Local Rule 2.02(a), Defendant Genpact Ltd. ("Genpact"), by and through its undersigned counsel, hereby designates Diana Marie Fassbender, Esq. of Orrick, Herrington & Sutcliffe LLP to serve as its lead counsel in the above-styled action.

Dated: March 20, 2026       Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:    */s/Diana Marie Fassbender*
DIANA MARIE FASSBENDER (SBN 17095)
dszego@orrick.com
215 NW 24th Street
Suite 200
Miami, FL 33127
Telephone: (202) 339-8533
Facsimile: (202) 339-8500

*Attorneys for Defendant Genpact Ltd.*

- 1 -