**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MARVELLE J. "JAY" BALLENTINE,

    *Plaintiff,*

    v.                  Case No. 6:26-cv-00376-AGM-RMN

META PLATFORMS, INC.; ACCENTURE LLP;
GENPACT LIMITED; and TASKUS, INC.,

    *Defendants.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2026, a true and correct copy of the

First Amended Complaint and all attachments was served on the following party

via US Mail:

**Meta Platforms, Inc.**

Meta Platforms, Inc. c/o CSC – Lawyers Incorporating Service

2710 Gateway Oaks Dr, Ste 150N

Sacramento, CA 95833

Date: March 23, 2026                                   Respectfully submitted,

                                        Marvelle J. Ballentine
                                           Plaintiff, pro se
                              7862 W. Irlo Bronson Memorial Hwy #82
                                         Kissimmee, FL 34747
                                            (407) 794-6503
                                     jayballentine@protonmail.com