UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARVELLE J. BALLENTINE,

    Plaintiff,

vs.

META PLATFORMS, INC.;
ACCENTURE LLP; TASKUS,
INC.; and GENPACT
LIMITED,

    Defendants.

Case No.
6:26-cv-376-AGM-RMN

## ORDER

Pursuant to 28 U.S.C. § 445(a) and in the interest of justice, I hereby recuse myself from this matter because I, my spouse, or my children have a financial interest in an interested party to this matter. *See* Code of Conduct for United States Judges, Canon 3C(1)(c). The Clerk is **DIRECTED** to reassign this case to another United States Magistrate Judge.

**DONE** and **ORDERED** in Orlando, Florida, on March 23, 2026.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

- 2 -

Copies to:

Counsel of Record