**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MARVELLE J. "JAY" BALLENTINE,

    *Plaintiff,*

v.                                                        Case No. 6:26-cv-00376-AGM-DCI

META PLATFORMS, INC., et al.,

    *Defendants.*

## NOTICE OF REFERRAL TO THE UNITED STATES SENATE

## COMMITTEE ON THE JUDICIARY

Plaintiff gives notice that on April 7, 2026, correspondence was transmitted to the Honorable Charles E. Grassley, Chair, and the Honorable Richard J. Durbin, Ranking Member, United States Senate Committee on the Judiciary. A true and correct copy is attached as Exhibit A. This notice is informational. No relief is requested.

Date: April 7, 2026                                    Respectfully submitted

                                                       Marvelle J. Ballentine
                                                       Plaintiff, *pro se*

## CERTIFICATE OF SERVICE

I certify that on April 7, 2026, the foregoing was filed with the Clerk of Court via the CM/ECF system, which effectuates service on all counsel of record. A copy was separately transmitted via email to counsel for Meta Platforms, Inc. at sdavis@orrick.com and mvisser@orrick.com.

Marvelle J. Ballentine
Plaintiff, *pro se*