**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

MARVELLE J. BALLENTINE,

    *Plaintiff,*

    v.                   Case No. 6:26-cv-00376-AGM-DCI

META PLATFORMS, INC.; ACCENTURE LLP;
GENPACT LIMITED; and TASKUS, INC.,

    *Defendants.*

**NOTICE OF INTENT TO SERVE SUBPOENA ON**

**NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN**

1.    Plaintiff Marvelle J. Ballentine, proceeding pro se, hereby gives notice to the Court and to all parties that, pursuant to Federal Rule of Civil Procedure 45 and the advance-notice procedure maintained by the National Center for Missing & Exploited Children (NCMEC), Plaintiff has on this date transmitted to NCMEC, via overnight express mail, a fourteen-day advance notice of an intended records subpoena concerning whether a CyberTipline report under 18 U.S.C. § 2258A was filed in connection with the Facebook account associated with Plaintiff and terminated on or about July 4, 2022.

2. The advance-notice correspondence transmitted to NCMEC, the signed draft subpoena, and Exhibit A to the subpoena are attached hereto as Exhibit 1 and incorporated by reference. The subpoena will be formally served on NCMEC after expiration of the fourteen-day advance-notice period.

Dated: April 9, 2026

Regards,

Marvelle J. Ballentine
Plaintiff, *pro se*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 9, 2026, the foregoing was filed with the Clerk of Court and served on all counsel of record via the Court's CM/ECF system.

Marvelle J. Ballentine

