UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARVELLE J. "JAY"
BALLENTINE,

     Plaintiff,

v.

META PLATFORMS, INC.,                    Case No. 6:26-cv-00376-AGM-RMN
ACCENTURE LLP,
TASKUS, INC.,
and GENPACT LIMITED,

     Defendants.

_____ /

**DEFENDANT TASKUS, INC.'S
NOTICE OF CLARIFICATION**

Defendant TASKUS, INC. ("Defendant TaskUs"), by and through its undersigned counsel, hereby files this Notice of Clarification. On June 2, 2026, Plaintiff, MARVELLE J. "JAY" BALLENTINE ("Plaintiff") filed a "Time-Sensitive Motion for Additional Time to Comply with Section VIII of the Standing Order Requiring Disclosure of the Use of Artificial Intelligence" (hereafter "Motion") (ECF No. 118). In the Motion, Plaintiff seeks an additional forty-five (45) days to comply with Section VIII of the Court's Standing Order Requiring Disclosure of the Use of Artificial Intelligence (hereafter "Standing Order") (ECF No. 116). In the Local Rule 3.01(g) Certification, Plaintiff indicates that he conferred with counsel for Defendant

TaskUS, and "Defendant TaskUs, Inc. does not oppose the relief requested in this motion." (ECF No. 118 at 3).

For clarification, Plaintiff conferred with the undersigned requesting an additional thirty (30) days to comply with the Court's Standing Order. Plaintiff <u>did not</u> request the forty-five (45) days as asserted in his Motion. Defendant TaskUs does not object to an extension of 30 days to comply with the Standing Order as previously advised to Plaintiff. Defendant TaskUs takes no position on the new request for the additional fifteen (15) days and defers to the Court's discretion.

## <u>Certification Under Penalty of Perjury That Artificial Intelligence Was Not Used in the Preparation of This Filing</u>

I have reviewed the Standing Order Requiring Disclosure of the use of artificial intelligence. After diligent inquiry and under penalty of perjury, I certify that artificial intelligence was not utilized in the preparation of this filing in any way. I understand that, whether I represent myself or I am an attorney representing a client, I have an affirmative obligation to read each case cited in this filing. If I fail to do so and a case upon which I rely does not exist or does not reasonably stand for the cited proposition, I understand that the Court may treat this as a violation of Rule 11 of the Federal Rules of Civil Procedure. I have reviewed Rule 11 of the Federal Rules of Civil Procedure and I understand that this rule applies equally to counsel and unrepresented parties, and I am familiar with the sanctions available for violations of Rule 11. If this certification is made by counsel, I further understand that citation to a case that either does not exist or does not reasonably stand for the cited proposition may be treated as

a violation of my oath of candor toward the tribunal and a basis on which my admission to practice in the Middle District of Florida could be revoked or suspended. Further, whether I represent myself or I am an attorney representing a client, I understand that by making this certification under penalty of perjury I could be referred for criminal prosecution if the statements I make here are false.

Dated:  June 02, 2026

Respectfully submitted,

*/s/Elizabeth T. Jozsi*
Stephanie C. Generotti
Florida Bar No. 112924
stephanie.generotti@ogletree.com
Elizabeth T. Jozsi
Florida Bar No. 119428
elizabeth.jozsi@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK
  & STEWART, P.C.
100 North Tampa Street, Suite 3600
Tampa, FL 33602
Telephone:  813.221.7239
Facsimile:  813.289.6530
Secondary emails:
angie.jackson@ogletree.com
melissa.salazar@ogletree.com
TAMDocketing@ogletree.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 02, 2026, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system, and sent the foregoing via

E-MAIL & U.S. MAIL to:

Marvelle J. Ballentine
7862 W. Irlo Bronson Memorial Hwy #82
Kissimmee, FL 34747
Jayballentine@protonmail.com
*Pro se Plaintiff*

/s/ Elizabeth T. Jozsi
Attorney

4