**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARVELLE J. BALLENTINE,**

      **Plaintiff,**

      **v.**                             **Case No.:  6:26-cv-00376-AGM-DCI**

**META PLATFORMS, INC.,**
**ACCENTURE LLP, TASKUS, INC.,**
**GENPACT USA, INC., GENPACT**
**LIMITED,**

      **Defendants.**

_____

**ORDER**

THIS CAUSE comes before the Court on review of Defendant Meta Platforms, Inc.'s Motion to Transfer (Doc. # 87).  The motion is not opposed, and for the reasons stated in it, it is due to be granted.

Accordingly, it is now

**ORDERED** and **ADJUDGED** that:

1.      Meta's Motion to Transfer (Doc. # 87) is **GRANTED**; and

2.      The Clerk is directed to **TRANSFER** this case to the United States District Court for the Northern District of California for all further proceedings; and

3.      Following transfer, the Clerk is **DIRECTED** to terminate all pending motions

and deadlines and close the case.

**DONE** and **ORDERED** in Chambers in Orlando, Florida, on this June 3, 2026.

_____
ANNE-LEIGH GAYLORD MOE
UNITED STATES DISTRICT JUDGE

**Copies Furnished To:**
Plaintiff, pro se
Counsel of Record

2